IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY CANTERNA and<br>PATRICIA CANTERNA,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE TREASURY,<br>INTERNAL REVENUE SERVICE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   2:03cv1783<br>)   Electronic Filing<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, this 30 day of October, 2006, after de novo review of the record and upon due consideration of the magistrate judge's report filed on August 22, 2006, recommending that the United States' second motion for summary judgment be granted and the lack of objection thereto by plaintiffs, IT IS ORDERED that the government's motion for summary judgment (Doc. No. 67) be, and the same hereby is, granted. The report and recommendation is adopted as the opinion of the court. The Clerk shall mark this case closed.

David Stewart Cercone
United States District Judge

cc:    Roderick F. Coleman, Esquire
        Coleman & Associates
        120 East Palmetto Park Road
        Suite 150
        Boca Raton, FL 33432

Dashiell C. Shapiro, Esquire
United States Department of Justice
Tax Division
Ben Franklin Station
P. O. Box 227
Washington, DC 20044

Albert W. Schollaert, AUSA